Scott M. Holper, Esq.
Nevada Bar No. 9587
3175 S. Nellis Blvd., Suite A
Las Vegas, NV 89121
T: (702) 366-0911
F: (702) 333-1196
Scottholperlaw@gmail.com
*Attorney for Defendant Raul Moreno*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No.: 2:22-MJ-199-VCF<br>) |
| vs. | )<br>) |
| RAUL MORENO, | ) **ORDER TO CONTINUE TRIAL**<br>) **(First Request)** |
| Defendant. | )<br>) |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The Defendant is not currently incarcerated and does not object to this continuance.

2. Present defense counsel is requesting a continuance until October 2022.

3. This is the First Request for a continuance of the Bench Trial date.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay.

6. Denial of this request for continuance could result in a miscarriage of justice.

7. For all of the above-stated reasons, the ends of justice would best be

served by a continuance of the trial date. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the parties herein sufficient time and the opportunity within which to conclude their negotiations and, if necessary, also to prepare for trial.

8. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(I) and 3161(h)(8)(B)(iv).

9. Counsel requests a new Trial date, subject to the Court's calendar, in October 2022.

## ORDER

IT IS THEREFORE ORDERED that Bench Trial currently scheduled for August 3, 2022 at, at 9:00am be vacated and continued to October 12, 2022 at 9:00 am in LV Courtroom 3D, before Magistrate Judge Cam Ferenbach

DATED this 21st day of July, 2022

_____
UNITED STATES DISTRICT JUDGE